IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUIS RAMON RAMIREZ,

      Petitioner,

vs.                                                                                                         No. 1:21-cv-00979-KWR-KRS

UNITED STATES TENTH CIRCUIT,

      Respondent.

## ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

**THIS MATTER** is before the Court under 28 U.S.C. § 1915(b) on the Application to Proceed in District Court Without Prepaying Fees or Costs filed by Petitioner Luis Ramon Ramirez. (Doc. 1 at 16). The Court **WILL DENY** the Motion and order Petitioner to pay the full $5 filing fee within thirty (30) days of entry of this Order.

This is a habeas corpus proceeding under 28 U.S.C. § 2254. The filing fee for a § 2254 proceeding is $5. Petitioner did not pay the $5 filing fee but, instead, filed his Motion seeking leave to proceed *in forma pauperis. See* 28 U.S.C. §1915(a)(2) (only prisoners seeking to bring a civil action or appeal must submit an inmate account statement). Although § 1915(b)(1) generally does not apply to habeas corpus cases, the Court may consider materials submitted by the Petitioner, including Petitioner's inmate account, in deciding whether to grant leave to proceed *in forma pauperis*. The Court has conducted the analysis of the inmate account submitted by Petitioner under § 1915(b)(1) (Doc. 1 at 17) and has determined that the balance in Petitioner's inmate account immediately preceding filing of this action was $769.33. (Doc. 1 at 17). The inmate account statement demonstrates that Petitioner has the financial ability to prepay the $5 fee

for this action. *See* 28 U.S.C. § 1915(b)(3). The Court will therefore deny Petitioner leave to proceed pursuant to § 1915 and will order Petitioner to pay the full $5 filing fee within 30 days. If Petitioner does not pay the $5 filing fee within the thirty-day time period, the Court may dismiss this proceeding without further notice.

**IT IS ORDERED** that the Application to Proceed in District Court Without Prepaying Fees or Costs filed by Petitioner Luis Ramon Ramirez. (Doc. 1 at 16) is **DENIED;** and

**IT IS FURTHER ORDERED** that Petitioner Luis Ramon Ramirez pay the full $5.00 filing fee **within thirty (30) days of entry of this Order.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**