IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LUIS RAMON RAMIREZ,**

        **Petitioner,**

vs.                                                            No. CIV-21-979 KWR/KRS

**ATTORNEY GENERAL for**
**the STATE of NEW MEXICO,**

        **Respondent.**

## ORDER

**THIS MATTER** comes before the Court on *Respondent's Motion for an Extension of Time to Answer Luis Ramon Ramirez's Petition for Writ of Habeas Corpus [Doc. 1]*, filed August 2, 2022.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondent's Motion for an Extension of Time to Answer Luis Ramon Ramirez's Petition for Writ of Habeas Corpus [Doc. 1]*, is **GRANTED**;

**IT IS FURTHER ORDERED** that Respondent shall have until not later than October 7, 2022, to file an answer.

                                                                                  _____
                                                                                  The Honorable Kevin R. Sweazea
                                                                                  UNITED STATES MAGISTRATE JUDGE

e-submitted 8/2/2022
by Jane A. Bernstein