IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUIS RAMON RAMIREZ,

    Petitioner,

v.                                                                                No. 1:21-cv-979 KWR/KRS

NORTHEAST NEW MEXICO
DETENTION FACILITY *Warden*, and
ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed November 1, 2023. (Doc. 26). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. (*Id.* at 23). To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

**IT IS THEREFORE ORDERED AS FOLLOWS**:

    1.    The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 26) is **ADOPTED**;

    2.    Petitioner Luis Ramon Ramirez's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITH PREJUDICE**; and

    3.    A final judgment is entered concurrently with this Order.

_____
**THE HONORABLE KEA W. RIGGS**
UNITED STATES DISTRICT JUDGE